IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VICTOR COVERA-PENALOZA,<br><br>Defendant. | CRIMINAL CASE NO.<br><br>1:13-cr-326-JEC-JSA |

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [19] recommending accepting defendant's plea of guilty tendered on November, 20, 2013. No objections to the Report and Recommendation [19] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [19] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment. The sentencing hearing is set for **Wednesday, April 23, 2014, 2:00 P.M., COURTROOM 2107.**

SO ORDERED, this 10th day of February, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE